UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| ANCHOR WALL SYSTEMS, INC.,<br>a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>CONCRETE PRODUCTS OF<br>NEW LONDON, INC.,<br>a Minnesota corporation,<br><br>Defendant. | ) | Civil Action No. 01-465 ADM/AJB |

**STIPULATION AND ORDER ON SCHEDULE FOR SUBMITTING JOINT CLAIM CONSTRUCTION STATEMENT**

The parties hereto, through their respective undersigned attorneys of record, do hereby stipulate and agree that the Court's Pretrial Scheduling Order of August 31, 2001 may and shall be amended as follows:

1. The date for submittal of the Joint Claim Construction Statement shall be extended from December 1, 2001 to December 12, 2001.

Respectfully submitted,

| | |
|---|---|
| Dated: Nov. 28, 2001 | Dated: Nov. 29, 2001 |
| MERCHANT & GOULD P.C. | MOORE & HANSEN |
| By: William F. McIntyre | By: Malcolm L. Moore |
| Jeffer Ali, MN Reg. #247947<br>Alan Carlson, MN Reg. #14801<br>William F. McIntyre, MN Reg. #307555<br>3200 IDS Center<br>80 South Eighth Street<br>Minneapolis, MN 55402-4131<br>(612) 332-5300 | Malcolm L. Moore<br>Attorney I.D. No. 74,779<br>2900 Wells Fargo Center<br>90 South Seventh Street<br>Minneapolis, MN 55402<br>(612) 332-8200 |
| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |

NOV 30 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Upon the foregoing stipulation of the parties, IT IS SO ORDERED:

Dated: 11/30, 2001

Arthur J. Boylan
United States Magistrate Judge

E:\Client Files\#-C\Concrete Products C49\002-01-00\011128 stipulation.doc