**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| ANCHOR WALL SYSTEMS, INC. a Minnesota corporation, | ) | Civil Action No. 01-465 (ADM/AJB) |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND AMENDED PRE-TRIAL SCHEDULING ORDER** |
| CONCRETE PRODUCTS OF NEW LONDON, INC. a Minnesota corporation, | ) | |
| Defendant. | ) | |

## STIPULATION

WHEREAS, this Court issued a Pre-Trial Scheduling Order on August 31, 2001, governing the pre-trial schedule for the captioned matter;

WHEREAS, per the Pre-Trial Scheduling Order, the deadline to amend the pleadings was November 1, 2001;

WHEREAS, on November 6, 2001, U.S. Patent No. 6,312,197 B1 ("the '197 patent") issued to plaintiff Anchor Wall Systems, Inc. ("Anchor Wall"). The '197 patent is a continuation of U.S. Patent No. 6,183,168 already in suit, which is a continuation of U.S. Patent No. 6,142,713 already in suit, which is a continuation of U.S. Patent No. 5,287,015 already in suit;

WHEREAS, Concrete Products of New London, Inc. ("Concrete Products") has redesigned one or more of its products already in suit;

WHEREAS, Anchor Wall believes that Concrete Products infringes the '197 patent with both the products already-in-suit, as well as the redesigned products. (The proposed Amended Complaint is Exh. 1 to the Declaration of William F. McIntyre attached hereto. The '197 patent is Exhibit D to the proposed Amended Complaint);

JAN 07 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREAS, the parties agree that it is in the interest of the Court and of the parties that Anchor Wall be allowed to add a count of infringement of the '197 patent to the current lawsuit in order to litigate the issues relating to the '197 patent and the redesigned products in this action; and

WHEREAS, the parties agree that the Pre-Trial Scheduling Order should be amended accordingly;

**IT IS HEREBY STIPULATED** by and between that parties that:

1. Anchor Wall be permitted to serve and file, within ten (10) days of the Court's entry of the accompanying Order, an Amended Complaint, an unsigned copy of which is Exh. 1 to the Declaration of William F. McIntyre, attached hereto, to include a count of infringement of the '197 patent;

2. Concrete Products supplement its discovery responses to include samples of the redesigned products by December 21, 2001; and

3. The dates of the Pre-Trial Scheduling Order listed below, which have already been completed for the patents-in-suit and the products already-in-suit, should be amended as follows so that the parties may update the claim charts and Joint Claim Construction Statement to include the '197 patent and Concrete Products' redesigned products:

| **DESCRIPTION OF ACTIVITY** | **PREVIOUS DEADLINE** | **AMENDED DEADLINE** |
|---|---|---|
| a. Anchor Wall to serve upon Concrete Products its claim charts | 10-01-2001 | Within ten (10) days of the Court's entry of the accompanying Order |
| b. Concrete Products to serve upon Anchor Wall its claim charts | 11-01-2001 | Within fifteen (15) days of receipt of Anchor Wall's updated claim charts alleging literal infringement and infringement under the doctrine of equivalents |

| | | |
|---|---|---|
| c. The parties to simultaneously exchange a list of claim terms to be construed by the Court | 11-15-01 | Within thirty (30) days of the Court's entry of the accompanying Order |
| d. The Parties to file an updated Joint Claim Construction Statement with the Court | 12-12-2001 | Within thirty-five (35) days of the Court's entry of the accompanying Order |
| e. Phone conference with the District Court regarding a claim construction hearing and extrinsic evidence pertaining thereto | After filing of Joint Claim Construction Statement | Within forty (40) days of the Court's entry of the accompanying Order |

Respectfully submitted,

**MERCHANT& GOULD P.C.**

Dated: Dec. 26, 2001

By: William F. McIntyre, Jr.

Alan G. Carlson (MN ID # 14801)
Jeffer Ali (MN ID # 247,947)
William F. McIntyre, Jr. (MN ID #307555)
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2215
Telephone: (612) 332-5300
Facsimile: (612) 332-9081

ATTORNEYS FOR PLAINTIFF
ANCHOR WALL SYSTEMS, INC.

Of Counsel:

Mr. Douglas A. Strawbridge
Executive Vice President
ANCHOR WALL SYSTEMS, INC.
5959 Baker Road, Suite 390
Minnetonka, MN 55345-5996
Telephone: (612) 933-8855
Facsimile: (612) 933-8833

**MOORE & HANSEN**

Dated: Dec. 21, 2001

By: M L Moore

Malcolm L. Moore (MN ID #74779)
Moore & Hansen
2900 Wells Fargo Center
90 S. 7th Street
Minneapolis, MN 55402-4131
Telephone: (612) 332-8200
Facsimile: (612) 332-1780

ATTORNEYS FOR DEFENDANT
CONCRETE PRODUCTS OF
NEW LONDON, INC.

**ORDER**

Pursuant to the foregoing Stipulation, **IT IS HEREBY ORDERED:**

1. Anchor Wall Systems, Inc. ("Anchor Wall") shall serve and file, within ten (10) days of the Court's entry of this Order, its Amended Complaint to include a count for infringement of U.S. Patent No. 6,312,197 B1 ("the '197 patent");

2. Concrete Products shall supplement its discovery responses to include samples of the redesigned products by December 21, 2001; and

3. The Pre-Trial Scheduling Order is hereby amended, with regard to the '197 patent and Concrete Products' redesigned products, as follows:

a. Anchor Wall shall serve upon Concrete Products its claim charts within ten (10) days of the Court's entry of this Order;

b. Concrete Products shall serve upon Anchor wall its claim charts within fifteen (15) days of receipt of Anchor Wall's updated claim charts alleging literal infringement and infringement under the doctrine of equivalents;

c. The parties shall simultaneously exchange a list of claim terms to be construed by the Court within thirty (30) days of the Court's entry of this Order;

d. The parties shall file an updated Joint Claim Construction Statement with the Court within thirty-five (35) days of the Court's entry of this Order; and

e. The parties shall hold a phone conference with District Court regarding a claim construction hearing and extrinsic evidence pertaining thereto within forty (40) days of the Court's entry of this Order.

Dated: January 7, 2002

Arthur J. Boylan
United States Magistrate Judge