UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| ANCHOR WALL SYSTEMS, INC. a Minnesota corporation, Plaintiff, v. CONCRETE PRODUCTS OF NEW LONDON, INC. a Minnesota corporation, Defendant. | ) | Civil Action No. 01-465 (ADM/AJB) **MOTION ON STIPULATION TO AMEND PRETRIAL ORDER** AND ORDER |

## STIPULATION

WHEREAS, this Court issued a Pre-Trial Scheduling Order on August 31, 2001, governing the pre-trial schedule for the captioned matter;

WHEREAS, per the Pre-Trial Scheduling Order, the deadline to amend the pleadings was November 1, 2001;

WHEREAS, per Court order on January 7, 2002, the Court granted the parties' stipulated motion (filed on December 26, 2001) to extend the deadline to amend the pleadings in order that the '197 patent, as well as the defendant's redesigned products, be added to the suit;

WHEREAS, accordingly, the parties filed a Supplemental Joint Claim Construction Statement with the Court on February 11, 2002;

WHEREAS, on February 6, 2002, the parties had a conference call with Judge Montgomery to determine the need for a claim construction hearing. Judge Montgomery found no need to hold a claim construction hearing at this time;

WHEREAS, Concrete Products of New London, Inc. ("Concrete Products") has only recently introduced into the marketplace a new product called the "Rugged Londonstone" block;

APR 03 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

WHERAS, Anchor Wall did not have an opportunity to inspect the Rugged Londonstone block in advance of the parties' filing of the previous Supplemental Joint Claim Construction Statement;

WHEREAS, Anchor Wall believes that the Rugged Londonstone block infringes the '015, '713 and '197 patents (already in suit);

WHEREAS, all of the same claims that are asserted to be infringed by the Rugged Londonstone are already asserted as infringed by the Londonstone Straight Face block already in suit, other than dependent claims directed to whether the front face of the block is planar or non-planar;

WHEREAS, accordingly, the parties agree that the issues raised by the alleged infringement of the Rugged Londonstone block are the same as those raised by the alleged infringement of the Londonstone Straight Face block;

WHEREAS, accordingly, the parties agree that no new issues of claim interpretation or infringement are raised by the assertion that the Rugged Londonstone block infringes the patents-in-suit;

WHEREAS, the parties agree that it is in the interest of the Court and of the parties that the parties be allowed to amend their Joint Claim Construction Statement to include the Rugged Londonstone block; and

WHEREAS, the parties agree that the Pre-Trial Scheduling Order should be amended accordingly;

**IT IS HEREBY STIPULATED** by and between the parties that:

1. The parties be permitted to file, within ten (10) days of the Court's entry of the accompanying Order, a Supplemental Joint Claim Construction Statement to include the newly disclosed Rugged Londonstone block.

Respectfully submitted,

**MERCHANT& GOULD P.C.**

Dated: April 2, 2002

By [signature]
Alan G. Carlson (#14801)
Jeffer Ali (#247947)
William McIntyre (#307555)
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2215
Telephone: (612) 332-5300
Facsimile: (612) 332-9081

**ATTORNEYS FOR PLAINTIFF ANCHOR WALL SYSTEMS, INC.**

Of Counsel:
Mr. Douglas A. Strawbridge
Executive Vice President
ANCHOR WALL SYSTEMS, INC.
5959 Baker Road, Suite 390
Minnetonka, MN 55345-5996
Telephone: (612) 933-8855
Facsimile: (612) 933-8833

**MOORE & HANSEN**

Dated: April 2, 2002

By: [signature]
Malcolm L. Moore, (#74779)
2900 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: 612/332-8200
Facsimile: 612/332-1780

**ATTORNEYS FOR DEFENDANT CONCRETE PRODUCTS OF NEW LONDON, INC.**

**ORDER**

Pursuant to the foregoing Stipulation, **IT IS HEREBY ORDERED:**

That the parties shall file, within ten (10) days of the Court's entry of this Order, a Supplemental Joint Claim Construction Statement according to the foregoing Stipulation, and this Court's Pre-Trial Schedule is amended accordingly.

Dated: 4/3/02

Arthur J. Boylan
United States Magistrate Judge