**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Anchor Wall Systems, Inc.,

Plaintiff,

v.

Concrete Products of New London, Inc.,

Defendant.

Civil No. 01-465 ADM/AJB

**ORDER ON MOTION TO COMPEL DISCOVERY**

This matter is before the Court, Magistrate Judge Arthur J. Boylan, on plaintiff's motion to compel discovery. [Docket No. 29]. Plaintiff's motion seeks responses to two separate document requests, requests authorization to inspect defendant's manufacturing facility, and seeks response to an interrogatory relating to customer identities. Defendant asserts that the motion is moot with respect to the document requests and opposes the motion with respect to inspection and customer identities. Hearing was held on April 15, 2002, at the U.S. Courthouse, 316 No. Robert St., St. Paul MN 55101. Jeffer Ali, Esq., appeared on behalf of the plaintiff. Malcolm L. Moore, Esq., appeared on behalf of the plaintiff.

Based upon the file and documents contained therein, along with memorandums and arguments of counsel, and affidavits and exhibits , **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion to compel discovery is **granted in part, denied in part, and moot in part** [Docket No. 29].

2. Plaintiff's motion to compel production of sales records pursuant to Document Request No. 9 and motion to compel disclosure of opinions of counsel and related documents



APR 1 7 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

pursuant to Document Request No. 17 are denied as moot. Sufficient document production has been made with respect to these requests. Defendant's request for attorneys' fees relating to these requests is denied.

3. Plaintiff's request to inspect defendant's plant pursuant to Request No. 30 is denied. Plaintiff has previously exercised an opportunity to inspect defendant's production facility and now seeks additional inspection to view splitter blades used to manufacture an additional product called Rugged London Stone block. The Court is persuaded that the discovery is not necessary or material in light of the parties stipulation that no new issues of claim construction or infringement are raised as a result of any assertion that the Rugged London Stone block infringes the patents-in-suit.

4. Plaintiff's motion for disclosure of customer and distributor identities pursuant to Interrogatory No. 14 is granted as provided herein. Plaintiff shall respond to the interrogatories with respect to its ten largest customer/distributors of retaining wall block. The discovery is pertinent to a claim that defendant induced infringement of patents-in-suit. Furthermore, the discovery as limited is not overburdensome and is subject to a protective order which addresses confidentiality concerns.

Dated: April 16, 2002

Arthur J. Boylan
United States Magistrate Judge