UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ORIGINAL

| | |
|---|---|
| ANCHOR WALL SYSTEMS, INC., a Minnesota corporation, Plaintiff, v. CONCRETE PRODUCTS OF NEW LONDON, INC., a Minnesota corporation, Defendant. | Civil Action No. 01-465 ADM/AJB |

## STIPULATION TO EXTEND TIME FOR FACT DISCOVERY

The parties hereto, through their undersigned attorneys of record, hereby stipulate and agree that fact discovery in the above-captioned litigation, now scheduled to conclude by May 1, 2002, may be extended until and through May 15, 2002, and that the Pretrial Scheduling Order may be amended accordingly.

Respectfully submitted,

Dated: April 22, 2002

MERCHANT & GOULD P.C.

By: ______________________
Jeffer Ali, MN Reg. #247947
Alan Carlson, MN Reg. #14801
William F. McIntyre, MN Reg. #307555
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-4131
(612) 332-5300

ATTORNEYS FOR PLAINTIFF

Dated: April 18, 2002

MOORE & HANSEN

By: ______________________
Malcolm L. Moore
Attorney I.D. No. 74,779
2900 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
(612) 332-8200

ATTORNEYS FOR DEFENDANT

APR 23 2002
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

Upon the foregoing Stipulation of the parties, it is hereby ordered that fact discovery may be extended from May 1, 2002 through May 15, 2002.

Dated: 4/23, 2002

Arthur J. Boylan
United States Magistrate Judge

P:\Client Files\#-C\Concrete Products C49\002-01-00 Anchor Litigation\020417 stipulation extend discovery.doc