ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| ANCHOR WALL SYSTEMS, INC.<br>a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>CONCRETE PRODUCTS OF<br>NEW LONDON, INC.<br>a Minnesota corporation,<br><br>Defendant. | ) | Civil Action No. 01-465 (ADM/AJB)<br><br>(Jury Trial Demanded) |

**STIPULATED AMENDMENT TO PRETRIAL SCHEDULING ORDER AND ORDER**

The parties continue to be in the midst of promising settlement discussions, and are optimistic that a settlement may be reached in the next several weeks. Accordingly, the parties hereto, through their respective undersigned attorneys of record, do hereby stipulate and agree that the portion of the August 31, 2001 Pretrial Scheduling Order, pertaining to the deadline for submitting expert reports, be amended as follows:

The deadline for reports to be exchanged for which the parties have the burden of persuasion shall be extended from July 1, 2002 to August 1, 2002.

The deadline for rebuttal expert reports shall be extended from August 1, 2002 to September 1, 2002.

The parties, under Local Rule 16.3, provide the following information:

1. The exchange of expert reports and the taking of expert depositions remains to be

AUG 0 1 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

completed.

2. Fact discovery has been completed.

3. All scheduled discovery deadlines to date have been met. The parties wish to extend the deadlines for the exchange of expert reports to allow for meaningful settlement discussions to continue.

4. The completion of expert discovery would be completed as noted above.

Respectfully submitted,

Dated: June 27, 2002

MERCHANT & GOULD PC

William F. McIntyre, Jr.

Alan G. Carlson (MN ID # 14801)
Jeffer Ali (MN ID # 247,947)
William F. McIntyre, Jr. (MN Reg. #307555)
3200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402-2215
Telephone: (612) 332-5300
Facsimile: (612) 332-9081

ATTORNEYS FOR PLAINTIFF
ANCHOR WALL SYSTEMS, INC.

Dated: June 27, 2002

MOORE & HANSEN

Malcolm L. Moore

Malcolm L. Moore (MN ID # 74,779
2900 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 332-8200
Facsimile: (612) 332-1780

ATTORNEYS FOR DEFENDANT
CONCRETE PRODUCTS OF NEW
LONDON, INC.

Under the foregoing stipulation of the parties, IT IS SO ORDERED:

Dated: July 30 2002

Arthur J. Boylan
United States Magistrate Judge