**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Anchor Wall Systems, Inc.,

Plaintiff,

v.

Concrete Products of New London, Inc.,

Defendant.

Civil No. 01-465 ADM/AJB

**ORDER ON MOTION TO EXTEND DEADLINE**

This matter is before the Court, Magistrate Judge Arthur J. Boylan, on defendant's motion to extend the deadline for dispositive motions [Docket No. 44]. Hearing was held on August 22, 2002, at the U.S. Courthouse, 316 No. Robert St., St. Paul MN 55101. Jeffer Ali, Esq., appeared on behalf of the plaintiff. Randall T. Skaar, Esq., and Malcolm L. Moore, Esq., appeared on behalf of the defendant.

Based upon the file and documents contained therein, along with memorandums and arguments of counsel, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion to extend the deadline for dispositive motions is **granted** as further provide herein [Docket No. 44].

2. The deadline for filing dispositive motions is hereby extended to November 1, 2002. Dispositive motions in this matter shall be served upon the opposing party on or before October 1, 2002. The parties shall address any claims construction issues along with motions for summary judgment and upon scheduling of the motions shall advise the District Court with respect for the need for hearing on matters relating to claims construction.



FILED AUG 23 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. The trial ready date in this matter is extended to January 1, 2003.

Dated: August 23, 2002

Arthur J. Boylan
United States Magistrate Judge

**MEMORANDUM**

The Court finds that an extension of deadlines is appropriate because claims construction issues have yet to be addressed and those matters can properly be addressed in connection with summary judgment motions. The motion is granted in order to permit the parties and the Court sufficient time to address Markman issues and to further clarify issues for trial through summary judgment.