**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Anchor Wall Systems, Inc., Civil No. 01-465 ADM/AJB

Plaintiff,

v. **ORDER**

Concrete Products of New London, Inc.,

Defendant.

**and**

Anchor Wall Systems, Inc., Civil No. 03-3271 ADM/AJB

Plaintiff,

v. **ORDER**

Concrete Products of New London, Inc.,

Defendant.

The above matter came on for consideration of whether or not an amendment to the scheduling order should be made on the 28th day of July, 2003.

The Court having considered this matter and good cause having been shown hereby amends the scheduling order as follows:

1. Fact discovery shall be completed no later than September 19, 2003. Discovery requests shall be served in a timely fashion so that responses are due pursuant to the Rule on or before the September 19, 2003, deadline imposed herein.



JUL 30 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. Expert disclosure in accordance with Federal Rules of Civil Procedure 26(a)(2)(B) shall be served by the defendants on or before August 1, 2003.

3. Expert Reports in accordance with Federal Rules of Civil Procedure 26(a)(2)(B) shall be served by the plaintiff on or before September 5, 2003.

4. Expert rebuttal reports shall be served on or before September 19, 2003.

5. All expert depositions shall be completed on or before October 17, 2003.

6. All dispositive motions shall be served on or before November 14, 2003. Responses shall be due to any such dispositive motions on or before December 5, 2003. Replys shall be served on or before December 9, 2003. The parties shall obtain a hearing on any dispositive motions by contacting Gertie Simon at (612) 664-5093 and requesting that a hearing take place following their filing of dispositive motions and all responses and replys.

7. The matter will be considered trial ready on or after March 1, 2004.

Dated: July 30, 2003

Arthur J. Boylan
United States Magistrate Judge

MEMORANDUM

There are presently two cases between Anchor Wall and Concrete Products of

New London, 01-465 ADM/AJB (Anchor I) and 03-3271 ADM/AJB (Anchor II). On or about June 12, 2003, the District Court issued an Order that provided for expedited discovery in anticipation of both Anchor I and II going to trial at the same time. The above Order does not change the trial schedule except that it extends the trial readiness deadline from September 2003 to March 2004.

Any request by either party that the trials be bifurcated should be addressed in a motion served pursuant to the Rules. Said motion shall be directed to the chambers of the Honorable Ann D. Montgomery, the District Judge who will be presiding at trial in this matter.

The Motion to Consolidate filed by plaintiff in Anchor Wall II, 03-3271 ADM/AJB, will not be heard by the Court at the present time. If either party wishes to renew the motion they may do so by a letter to the Court, and obtain a new date and time for a hearing on the same.

AJB