**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

ANCHOR WALL SYSTEMS, INC.,

Plaintiff,

Civil No. 01-465 ADM/AJB

v.

**REPORT AND RECOMMENDATION ON PLAINTIFF'S MOTION TO STRIKE**

CONCRETE PRODUCTS OF NEW LONDON, INC.,

Defendant.

The above matter came before the Court during a telephone conference that was held on October 11, 2002. The Plaintiff made an oral motion to strike "the portion of the defendant's motion for partial summary judgment relating to the blocks identified in the defendant's motion papers as 'new' versions of its various retaining wall blocks." Based on the file, affidavits, memoranda and arguments of counsel,

**IT IS HEREBY RECOMMENDED THAT** Plaintiff's motion to strike is **granted**. [Docket No. __].

**IT IS FURTHER RECOMMENDED THAT** Plaintiff's motion for costs be **denied**. [Docket No. __]

Dated: 10/16/02

Arthur J. Boylan
United States Magistrate Judge

## MEMORANDUM

On May 15, 2002, the fact discovery deadline, Defendant faxed a one page sketch of a

RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

"new" block to Plaintiff's counsel. This version was not referenced in Defendant's answers to interrogatories, claims charts or document production. Because fact discovery closed the day Plaintiff received the sketch, it could not conduct discovery on this "new" product version. Defendant nevertheless includes the "new" block in its partial motion for summary judgment and argues that it does not infringe on Plaintiff's patents.

There has been no discovery or opportunity to prepare and present a record on the "new" blocks. Also, there has been no discovery regarding the development, production and sales of these blocks. In fact, the evidence suggests that Defendant first began selling the "new" blocks over three months after the close of fact discovery in this case. Consequently, the "new" blocks are not at issue in this case, and there is no foundation for Defendant's arguments that the "new" blocks do not infringe on the patents in suit.

Because there has been no opportunity for discovery regarding the "new" blocks, no claim charts including them and no expert inspection, the portions of the Defendant's motion for summary judgment arguing that the "new" blocks do not infringe should be stricken.

AJB

**NOTICE**

Pursuant to Local Rule 72.1(c)(2), any party may object to this Report and Recommendation by filing with the Clerk of the Court and serving all parties, within ten days after being served with a copy thereof, written objections which specifically identify the portions of the proposed findings, recommendations, or report to which objection is being made, and a brief in support thereof. A party may respond to the objecting party's brief within ten days after service thereof. All briefs filed under this rule shall be limited to ten pages. A judge shall make a de novo determination of those portions to which objection is made.

Unless the parties stipulate that the District Court is not required by 28 U.S.C. § 636 to review a transcript of the hearing in order to resolve all objections made to this Report and Recommendation, the party making the objections shall timely order and file a complete transcript of the hearing within 10 days.

AJB