UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| ANCHOR WALL SYSTEMS, INC.<br>a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br><br>CONCRETE PRODUCTS OF<br>NEW LONDON, INC.<br>a Minnesota corporation,<br><br>Defendant. | ) | Civil Action No. 01-465 (ADM/AJB)<br><br>(Jury Trial Demanded) |

## STIPULATED MOTION AND ORDER

On October 1, 2002 the defendant served upon the plaintiff a Motion for Partial Summary Judgment of Non-infringement, the plaintiff's responsive papers being due October 22, 2002, and the defendant's reply being due November 1, 2002, under the Local Rules of this Court and in accordance with Magistrate Judge Boylan's Order of August 23, 2002 giving a November 1, 2002 deadline for the filing of dispositive motions. The plaintiff wishes to have more time to respond to the motion, and the defendant has stipulated to an extension of the briefing schedule as follows:

November 8, 2002 – the plaintiff's responsive papers service deadline.

November 21, 2002 – the defendant's reply brief service deadline and motion papers filing deadline.

FILED ____
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

The parties, under Local Rule 16.3, state that the only remaining discovery to be completed is expert depositions, which the parties expect to take within the next several weeks.

Respectfully submitted,

**ATTORNEYS FOR DEFENDANT CONCRETE PRODUCTS OF NEW LONDON, INC.**

Dated: October 21, 2002

Randall T. Skaar (#165,0130
Eric H. Chadwick (#248,769)
Scott G. Ulbrich (#305,947)
PATTERSON, THUENTE, SKAAR & CHRISTENSEN, P.A.
4800 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 349-5740

Malcolm L. Moore (#74,779)
MOORE & HANSEN
2900 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 332-8200

**ATTORNEYS FOR PLAINTIFF ANCHOR WALL SYSTEMS, INC.**

Dated: October 21, 2002

Alan Carlson (MN ID #14,801)
Jeffer Ali (MN ID # 247,947)
William F. McIntyre, Jr. (MN ID #307,555)
MERCHANT & GOULD
3200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 332-5300
Fax: (612) 332-9081

Under the foregoing stipulation of the parties, **IT IS SO ORDERED**, and the Pretrial Scheduling Order, dated August 23, 2002, is hereby amended accordingly.

Dated: October 21, 2002

Ann D. Montgomery
United States District Court