**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Anchor Wall Systems, Inc.,

Civil No. 01-465 ADM/AJB

Plaintiff,

v.

**ORDER ON MOTION TO PRECLUDE REPLY BRIEF**

Concrete Products of New London, Inc.,

Defendant.

This matter is before the Court, Magistrate Judge Arthur J. Boylan, on plaintiff's motion to preclude defendant from filing any reply memorandum in support of defendant's pending motion for partial summary judgment. [Docket No. __]. The motion is based upon the assertion that defendant's initial memorandum already exceeds the 35-page limit under Local Rule 7.1(c). Defendant opposes the motion, contending that appendices to the memorandum are properly excluded from the page count, thereby leaving 15 pages available for reply. Defendant alternatively seeks relaxation of the page limit and requests permission to file a reply not to exceed 15 pages. The motion is considered by the Magistrate Judge, Hon. Arthur J. Boylan, sitting at the U.S. Courthouse, 316 No. Robert St., St. Paul MN 55101, on the written arguments and without hearing. Alan G. Carlson, Esq., and Jeffer Ali, Esq., represent the plaintiff. Aaron W. Davis, Esq., represents the defendant. Based upon the file and documents contained therein, along with memorandums and affidavits of counsel, **IT IS HEREBY ORDERED** that plaintiff's motion to preclude defendant from filing a reply memorandum is **denied**. [Docket No. __]. Plaintiff may file a reply brief not to exceed 15 pages.

Dated: 11/15/02

Arthur J. Boylan
United States Magistrate Judge

NOV 15 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK