**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| ANCHOR WALL SYSTEMS, INC., a Minnesota corporation, Plaintiff, v. CONCRETE PRODUCTS OF NEW LONDON, INC., a Minnesota corporation, Defendant. | Civil Action No. 01-465 (ADM/AJB) (Jury Trial Demanded) **STIPULATION** |

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for Anchor Wall Systems, Inc., (Plaintiff") and Concrete Products of New London, Inc. ("Defendant"), subject to the approval of the Court, that Carlson, Caspers, Vandenburgh & Lindquist, and its lawyers and staff, shall be substituted for Merchant & Gould in the PROTECTIVE ORDER entered into in this case.

AGREED TO BY THE PARTIES:

**CARLSON, CASPERS, VANDENBURGH & LINDQUIST, PC**

Dated: 5/19/03

By [signature]

Alan G. Carlson (14,801)
Dennis C. Bremer (229,182)
225 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Telephone: 612-436-9600
Facsimile: 612-436-9605

MAY 28 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Of Counsel:
Douglas A. Strawbridge (106,318)
ANCHOR WALL SYSTEMS, INC.
5959 Baker Road, Suite 390
Minnetonka, MN 55345-5973
Telephone: 952-933-8855
Facsimile: 952-938-4114

**ATTORNEYS FOR PLAINTIFF ANCHOR WALL SYSTEMS, INC.**

**PATTERSON, THUENTE, SKAAR & CHRISTENSEN, P.A.**

Dated: May 20, 2003 By ______________________

Randall T. Skaar (165,013)
Scott G. Ulbrich (305,947)
Aaron W. Davis (318,255)
4800 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: 612-349-5740
Facsimile: 612-349-9266

**MOORE & HANSEN**

Malcolm L Moore (74,779)
2900 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402

**ATTORNEYS FOR DEFENDANT CONCRETE PRODUCTS OF NEW LONDON, INC.**

**ORDER**

Pursuant to the forcgoing Stipulation, **IT IS HEREBY ORDERED:**

That the law firm of Carlson, Caspers, Vandenburgh & Lindquist, along with its lawyers and staff, shall be substituted for Merchant & Gould in the PROTECTIVE ORDER entered into in this case.

Dated: May 28, 2003

Arthur J. Boylan
United States Magistrate Judge