**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Anchor Wall Systems, Inc.,

Plaintiff,

v.

Concrete Products of New London, Inc.,

Defendant.

**ORDER**
Civil No. 01-465 ADM/AJB
Civil No. 03-3271 ADM/AJB

---

Alan G. Carlson, Esq., Carlson, Caspers, Vandenburgh & Lindquist, Minneapolis, MN, for Plaintiff.

Jonathan D. Jay, Esq., Leffert Jay & Polglaze, Minneapolis, MN, for Defendant.

---

Pursuant to the June 10, 2003 telephone conversation between the Court and counsel for the parties, the following scheduling modifications and deadlines are hereby ordered:

1. Defendant must file its response to Plaintiff's Motion to Consolidate no later than Friday, June 13, 2003. This Motion will be decided on the written submissions.
2. Discovery for case number 03-3271 is to be completed by August 15, 2003.
3. All pre-trial dispositive motions must be filed and heard by September 1, 2003.
4. The August 11, 2003 trial date of case number 01-465 is stricken and both cases will be tried as one consolidated case, if the Motion to Consolidate is granted, on September 29, 2003. If the Motion to Consolidate is denied, the trial of case 03-3271 will commence immediately after case 01-465.

JUN 1 2 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Dated: June 11, 2003