**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ANCHOR WALL SYSTEMS, INC.,

Civil No. 01-465 ADM/AJB

Plaintiff,

v.

CONCRETE PRODUCTS OF NEW LONDON, INC.,

Defendant.

**NOTICE OF**
**<u>SETTLEMENT CONFERENCE</u>**

and

ANCHOR WALL SYSTEMS, INC.,

Civil No. 03-3271 ADM/AJB

Plaintiff,

v.

CONCRETE PRODUCTS OF NEW LONDON, INC.,

Defendant.

---

An all-day settlement conference will be held on May 11, 2004 at 9:00 a.m., in Room 638, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota, before the undersigned United States Magistrate Judge.

Counsel who <u>will actually try the case</u> and <u>each party</u>, <u>armed with full settlement discretion</u>, shall be present. If individuals are parties to this case, they shall be present. If a corporation or other collective entity is a party, a duly authorized officer or managing agent of that party shall be present. This means that each party must attend through a

person who has the power to change that party's settlement posture during the course of the conference. If the party representative has a limit, or "cap" on his or her authority, this requirement is not satisfied. If an insurance company is involved, the responsible agent must be present.

Each attorney shall submit to the undersigned at least three days before the date of the settlement conference a confidential letter setting forth the parties' respective settlement positions. **This letter shall be submitted to the undersigned by e-mail to the following address: boylan_chambers@mnd.uscourts.gov.**

Dated: April 23, 2004

s/ Arthur J. Boylan
ARTHUR J. BOYLAN
United States Magistrate Judge