**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ANCHOR WALL SYSTEMS, INC.,

Civil No. 01-465 ADM/AJB

Plaintiff,

v.

CONCRETE PRODUCTS OF NEW LONDON, INC.,

Defendant.

**NOTICE OF CANCELLATION**

and

ANCHOR WALL SYSTEMS, INC.,

Civil No. 03-3271 ADM/AJB

Plaintiff,

v.

CONCRETE PRODUCTS OF NEW LONDON, INC.,

Defendant.

---

You are hereby given notice that the settlement conference scheduled to be held on May 11, 2004 at 9:00 a.m., in Room 638 of the U.S. Federal Courts Building, 316 North Robert Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge has been **canceled**.

Dated: May 10, 2004

s/ Arthur J. Boylan

ARTHUR J. BOYLAN
United States Magistrate Judge