**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Anchor Wall Systems, Inc.,** **Civil No. 01-465 ADM/AJB**

**Plaintiff,**

**v.** **ORDER**

**Concrete Products of New London, Inc.**

**Defendant,**

**and**

**Anchor Wall Systems, Inc.,** **Civil No. 03-3271 ADM/AJB**

**Plaintiff,**

**v.**

**Concrete Products of New London, Inc.**

**Defendant.**

---

Oral argument on Concrete Products of New London, Inc.'s Motion for Summary Judgment and Anchor Wall Systems' Motion for Partial Summary Judgment will be heard before United States Magistrate Judge Susan Richard Nelson in Courtroom 230 (C), Federal Courts Building, 316 North Robert Street, St. Paul, Minnesota on June 7, 2004, at 10:30 a.m. A brief status conference will follow oral argument.

Dated: May 14, 2004

s/ Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge