**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Anchor Wall Systems, Inc.,** **Civil No. 01-465 ADM/AJB**

**Plaintiff,**

**v.** **ORDER**

**Concrete Products of New London, Inc.**

**Defendant,**

**and**

**Anchor Wall Systems, Inc.,** **Civil No. 03-3271 ADM/AJB**

**Plaintiff,**

**v.**

**Concrete Products of New London, Inc.**

**Defendant.**

---

The motion hearing regarding Concrete Products of New London, Inc.'s Motion for Summary Judgment and Anchor Wall Systems' Motion for Partial Summary Judgment set for June 7, 2004, at 10:30 a.m. is hereby canceled . The Court will reschedule this hearing at a future date.

Dated: May 17, 2004

s/ Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge