**STATE OF MINNESOTA }**
**}ss.** **AFFIDAVIT OF SERVICE**
**COUNTY OF HENNEPIN }**

Re: **Anchor I** **Anchor Wall Systems, Inc. v. Concrete Products of New London, Inc.**
**Civil Case No. 01-CVO-465 ADM/AJB**

**Anchor II** **Anchor Wall Systems, Inc. v. Concrete Products of New London, Inc.**
**Civil Case No. 03-3271 ADM/AJB**

**Brad Emery**, being duly sworn, on oath says: that on the **25th** day of **May, 2004**, he served the attached: **Defendant's Amended Objection to and Appeal from March 12, 2004 Order, and the May 13, 2004 Order Made by Magistrate Regarding Plaintiff's Motion in Limine Regarding Validity and Enforcement and Exhibits and Supplemental Affidavit of Terrance C. Newby,** upon **Dennis C. Bremer, Esq.,** therein named, personally at **225 South Sixth Street, Suite 3200, Minneapolis,** County of **Hennepin,** State of Minnesota, by handing to and leaving with **Nicholas Lehnertz, Paralegal,** true and correct copies there

Subscribed and sworn to before me
This 1st day of **June,** 2004.

Notary Public

JANA M. NEWELL
NOTARY PUBLIC - MINNESOTA
MY COMMISSION
EXPIRES JAN 31, 2005

**Process Server**

**Affidavit Prepared by Edina Couriers, LLC**

SCANNED
JUN 0 3 2004
U.S. DISTRICT COURT MPLS