**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

ANCHOR WALL SYSTEMS, INC.,

Civil No. 01-465 AJB

Plaintiff,

v.

CONCRETE PRODUCTS OF NEW LONDON, INC.,

Defendant.

**ORDER**

and

ANCHOR WALL SYSTEMS, INC.,

Civil No. 03-3271 AJB

Plaintiff,

v.

CONCRETE PRODUCTS OF NEW LONDON, INC.,

Defendant.

---

The above captioned matters have been reassigned to Magistrate Judge Susan Richard Nelson for all further proceedings. The Clerk of Court is directed to file this Order in each matter.

Dated: June 14, 2004

s/ Arthur J. Boylan
ARTHUR J. BOYLAN
United States Magistrate Judge