# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Anchor Wall Systems,
Plaintiff(s),
v.

Concrete Products of New London, Inc.,
Defendant(s).

**COURT MINUTES**
BEFORE: Susan Richard Nelson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CV-01-465 SRN |
| Date: | June 23, 2004 |
| Court Reporter: | |
| Tape Number: | |
| Time Commenced: | 2:00 p.m. |
| Time Concluded: | 2:22 p.m. |
| Time in Court: | 0 Hours & 22 Minutes |

APPEARANCES:

For Plaintiff: Alan G. Carlson, Dennis C. Bremer, Douglas A. Strawbridge
For Defendant: Jonathan D. Jay, Terrance C. Newby

Interpreter / Language: /

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** ☒ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

Conference Call re: pretrial/trial matters. Order to be issued by Court regarding hearing dates.

Motions taken under advisement as of:

☒ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/ Marilyn J. Conklin
Signature of