**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Anchor Wall Systems**

**Plaintiff,**

**v.**

**Concrete Products of New London,**

**Defendant**

**Civil No. 03-CV-3271 (SRN)**
**Civil No. 01-CV-0465 (SRN)**

**ORDER**

---

On May 13, 2004, the parties consented to the exercise of jurisdiction by a United States Magistrate Judge and on June 14, 2004, the case was assigned to the undersigned. Following a June 23, 2004 status conference addressing pretrial/trial scheduling matters, the Court enters the following Order:

1. Hearing on Defendant's Objection to and Appeal from Magistrate's Orders of March 12, 2004 and May 13, 2004 will be held before this Court on June 30, 2004 at 9:30 a.m.;

2. Hearing on Summary Judgment will be held before this Court on August 19 at 9:30 a.m.

Dated: June 23, 2004

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge