# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Anchor Wall Systems,
Plaintiff(s),
v.

Concrete Products of New London, Inc.,
Defendant(s).

**COURT MINUTES**
BEFORE: Susan Richard Nelson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CV-01-465 SRN |
| Date: | June 30, 2004 |
| Court Reporter: | n/a |
| Tape Number: | 346-47 |
| Time Commenced: | 9:30 a.m. |
| Time Concluded: | 10:40 a.m. |
| Time in Court: | 1 Hour & 10 Minutes |

APPEARANCES:

For Plaintiff: Alan G. Carlson, Dennis C. Bremer
For Defendant: Jonathan D. Jay
Interpreter / Language: /

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.
**ORDER TO BE SUBMITTED BY:** ☒ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

Defendant's Objections to and Appeal from Magistrates Orders of 3-12-04 and 5-13-04 (doc no 98).

Motions taken under advisement as of: June 30, 2004

☒ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/ Marilyn J.Conklin
Signature of