# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Anchor Wall Systems,
Plaintiff(s),
v.

Concrete Products of New London, Inc.,
Defendant(s).

**COURT MINUTES**
BEFORE: Susan Richard Nelson
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | CV-03-3271 SRN |
| Date: | February 10, 2005 |
| Court Reporter: | n/a |
| Tape Number: | n/a |
| Time Commenced: | 3:30 p.m. |
| Time Concluded: | 3:45 p.m. |
| Time in Court: | 15 Minutes |

Anchor Wall Systems,
Plaintiff(s),
v.

Concrete Products of New London, Inc.,
Defendant(s).

Case No. CV-01-465 SRN

## APPEARANCES:

For Plaintiff: Dennis C. Bremer
For Defendant: Terrance C. Newby

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** ☐ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

**Conference call re: stay of litigation pending completion of US Patent and Trademark Office's reexamination of patents.**

**Parties will file a stipulation and submit a proposed order.**

Motions taken under advisement as of:

☐ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/ Dan Herber
Signature of Dan Herber, Law Clerk