**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

Anchor Wall Systems, Case No. CV 03-3271 (SRN)

Plaintiff(s),

v.

Concrete Products of New London, Inc., **ORDER**

Defendant(s).

---

Anchor Wall Systems,

Plaintiff(s), Case No. CV 01-465 SRN

v.

Concrete Products of New London, Inc.,

Defendant(s).

---

This matter was heard upon the parties' stipulated motion to stay these proceedings because of the decision by the United States Patent and Trademark Office to reexamine the validity of the majority of the patents in the '015 patent family in suit. The patents in the '015 patent family currently are being reexamined by Examiner Sunil Singh.

Having discussed this issue with counsel on February 10, 2005, both requesting a stay be entered, **IT IS HEREBY ORDERED:**

1. The present case is stayed, with the exception of the below-listed item, pending a final decision by the Examiner on the merits of each patent in the '015 family of

patents, at which time the parties will notify the Court of the Examiner's decision. At that time, the Court will review the matter and consider the propriety of continuing the stay pending any appeal of the Examiner's final decisions; and

2. Counsel will monitor the health status of Mr. Mike Woolford, and if the parties agree that Mr. Woolford's health may render him unavailable for trial, his videotaped trial deposition may be taken. His trial deposition can be used in any subsequent trial only in the event that Mr. Woolford is unavailable at the time of trial. Any disputes relating to the videotaped trial deposition of Mr. Woolford shall be submitted to the Court for resolution.

**BY THE COURT:**

Dated: February 11, 2005

s/Susan Richard Nelson
Hon. Susan R. Nelson
United States Magistrate Judge