# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Anchor Wall Systems,
Plaintiff,
v.

Concrete Products of New London, Inc.,
Defendant.

**COURT MINUTES**
BEFORE: Susan Richard Nelson
U.S. Magistrate Judge

**Case Nos:** **CV-01-465 SRN and CV-03-3271 SRN**
Date: March 15, 2007
Court Reporter:
Tape Number:
Time Commenced: 1:55 p.m.
Time Concluded: 2:16 p.m.
Time in Court: 21 Minutes

APPEARANCES:

For Plaintiff: Alan G. Carlson, Dennis C. Bremer
For Defendant: Terrance C. Newby

Interpreter / Language: /

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.
**ORDER TO BE SUBMITTED BY:** ☐ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

**Status Conference held. The stay in these matters is hereby vacated in light of the completion of the reexamination of the four patents at issue by the United States Patent Office.**

Motions taken under advisement as of:

☐ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/ Beverly Riches
Signature of Judicial Assistant