**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Anchor Wall Systems,**

**Plaintiff,**

**v.**

**Concrete Products of New London, Inc.,**

**Defendant.**

**Case No. CV 03-3271 SRN**

**AMENDED NOTICE OF TRIAL**

---

**Anchor Wall Systems,**

**Plaintiff,**

**v.**

**Concrete Products of New London, Inc.,**

**Defendant.**

**Case No. CV 01-465 SRN**

---

TO: Plaintiffs above named and to Alan G. Carlson, Esq . and Dennis C. Bremer, Esq., Carlson, Caspers, Vandenburgh & Lindquist, 225 South 6th Street, Suite 3200, Minneapolis, MN 55402; and Douglas A. Strawbridge, Esq., Anchor Wall Systems, Inc., 5959 Baker Road, Suite 390, Minnetonka, MN 55345 , attorneys for Plaintiffs;

Defendants above named and to Jonathan D. Jay, Esq., and Terrance C. Newby, Esq., Leffert Jay & Polglaze, 150 South 5th Street, Suite 1900, Minneapolis, MN 55402; Malcolm L. Moore, Esq., Moore, Hansen & Sumner, 225 South 6th Street, Suite 4850, Minneapolis, MN 55402-4612 attorneys for Defendants.

Date and Location of Trial

Trial will commence before the undersigned on Monday, May 5, 2008, at 9:30 a.m. and is scheduled to proceed for 8 trial days, if necessary, through May 14, 2008, in Courtroom 9E of the United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota . A final pretrial conference and hearing on any motions in limine will be held on April 18, 2008, at 9:30 a.m. in Courtroom 9E.

Documents to be Submitted for Trial

Unless otherwise ordered, counsel shall deliver two copies of the following documents marked to the attention of the Court's chambers and be delivered to United States Courthouse, Suite 9E, 300 South Fourth Street, Minneapolis, Minnesota 55415:

1. Documents Required for Trial:

| Document | E-file | E-mail* | No Later Than |
|---|---|---|---|
| A. **Statement of the Case.** A statement of the case indicating the facts which the party intends to prove and indicating any unresolved substantive, evidentiary and procedural issues. The statement shall include the citation and discussion of authority upon which the party relies for its positions on the unresolved issues. | ✓ | ✓ | 04-21-08 |

| Document | E-file | E-mail* | No Later Than |
|---|---|---|---|
| B. **Exhibit List.** If exhibits are to be offered at trial, the following procedure must be followed:<br>(i) Mark all exhibits for identification. All exhibits shall be marked, as much as possible, in the sequence they will be offered, with Arabic numbers. Each exhibit should also be marked with the case number.<br>Example: Pltf. or Deft. #1<br>Civ. 04-397<br>(Multiple parties list name, *e.g.*, Pltf. Smith #1)<br>(ii) Counsel shall make available for examination and, if requested, copying by all counsel, all exhibits which will be offered into evidence at trial. Only exhibits so made available shall be offered into evidence at trial, except for good cause shown. | | | 04-21-08 |

| Document | E-file | E-mail* | No Later Than |
|---|---|---|---|
| (iii) Submit a list of exhibits that will be presented at trial on behalf of their client(s). The list shall indicate the exhibits the parties agree are admissible. For the exhibits not so agreed upon, the list shall include the grounds for objection. Only exhibits so listed shall be offered into evidence at trial, except for good cause shown. | ✓ | ✓ | 04-25-08 |
| C. **Witness List.** The list shall include the names and addresses of the witnesses, along with a short statement of the substance of the expected testimony of each witness. Only witnesses so listed shall be permitted to testify except for good cause shown. | ✓ | ✓ | 04-21-08 |

| Document | | | E-file | E-mail* | No Later Than |
|---|---|---|---|---|---|
| D. | **List of Deposition Testimony.** | | ✓ | ✓ | 04-21-08 |
| | (i) | List of deposition testimony to be offered into evidence in lieu of live testimony. The list shall designate those specific parts of depositions to be offered at trial. Only depositions so listed shall be offered into evidence at trial except for good cause shown. | | | |
| | (ii) | Any party who wishes to object to listed deposition testimony shall submit objections. | ✓ | ✓ | 04-25-08 |
| E. | **Motions in limine.** | | ✓ | ✓ | 04-21-08 |
| | (i) | All motions must be filed as outlined in Local Rule 5.1. If a motion has tabbed attachments, please mail or deliver to United States Courthouse, 300 South Fourth Street, Room 202, Minneapolis, MN 55415 one copy marked to the attention of the Court's chambers. | | | |

| Document | E-file | E-mail* | No Later Than |
| --- | --- | --- | --- |
| (ii) All responses to motions in limine must be filed as outlined in Local Rule 5.1. If a response has tabbed attachments, please mail or deliver to United States Courthouse, 300 South Fourth Street, Room 202, Minneapolis, MN 55415 one copy marked to the attention of the Court's chambers. | ✓ | ✓ | 04-25-08 |

2. Additional Documents for Jury Trials. In all jury trials, counsel shall submit the following documents in addition to those listed above:

| Document | E-file | E-mail* | No Later Than |
| --- | --- | --- | --- |
| A. **Joint Statement of the Case.** The Court expects the parties to jointly submit a proposed statement of the case. The statement of the case should be a summary of the case, including the title, nature of the action, plaintiff's position, nature of the defense, and defendant's position. (The Court's intent is to give the parties input into the statement that will be read to the jury during voir dire.) | ✓ | ✓ | 04-21-08 |
| B. **Proposed Voir Dire Questions**. | ✓ | ✓ | 04-21-08 |

| Document | E-file | E-mail* | No Later Than |
|---|---|---|---|
| C. **Proposed Jury Instructions.** Exceptions are provided for those instructions whose need could not be foreseen. Each proposed instruction shall be numbered and on a separate page and shall contain citation to legal authority. Jury instructions are to be submitted in the following format:<br>(i) The parties are required to jointly submit one set of agreed upon instructions. To this end, the parties are required to serve their proposed instructions upon each other two weeks prior to the filing deadline. The parties should then meet, confer, and submit one complete set of agreed upon instructions. | ✓ | ✓ | 04-21-08 |
| D. **Proposed Special Verdict Forms**. | ✓ | ✓ | 04-21-08 |

3. Counsel for all parties are strongly encouraged to meet prior to trial to:

A. Stipulate to all uncontested facts and matters not in controversy.

B. Stipulate to which exhibits may be received without objection prior to trial.

C. Discuss settlement.

Failure to Comply

The failure of any party to comply with the procedures outlined herein shall result in the imposition of an appropriate sanction.

Questions regarding the calendar may be directed to Beverly Riches, Calendar Clerk to Magistrate Judge Nelson, United States Courthouse, 300 South Fourth Street, Suite 9E, Minneapolis, Minnesota 55415, (612) 664-5490.

Dated: October 1, 2007

s/ Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

* E-mail to nelson_chambers@mnd.uscourts.gov in WordPerfect 9.0 format.