**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Anchor Wall Systems,**

**Plaintiff,**

**v.**

**Concrete Products of New London,**

**Defendant**

**Civil No. 03-3271 (SRN)**
**Civil No. 01-0465 (SRN)**

**AMENDED TRIAL ORDER**

---

SUSAN RICHARD NELSON, United States Magistrate Judge

This Court issued an Amended Notice of Trial on October 1, 2007, in the above-captioned cases. Trial in these cases will commence on May 5, 2008, at 9:30 a.m. The final pretrial conference and the hearing on any motions in limine is scheduled for April 18, 2008, at 9:30 a.m.

The following dates are hereby changed. Any motions in limine and accompanying memoranda of law are due no later than April 4, 2008. Responses to motions in limine are due no later than April 11, 2008. All other dates and instructions in the Amended Notice of Trial remain the same.

Dated: February 29, 2008

s/ Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge