# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# TELEPHONE CONFERENCE

Anchor Wall Systems,
Plaintiff,
v.

Concrete Products of New London, Inc.,
Defendant.

**COURT MINUTES**
BEFORE: Susan Richard Nelson
U.S. Magistrate Judge

| | |
|---|---|
| Case Nos: | CV-01-465 SRN and CV-03-3271 SRN |
| Date: | March 13, 2008 |
| Court Reporter: | |
| Tape Number: | |
| Time Commenced: | 3:31 p.m. |
| Time Concluded: | 3:55 p.m. |
| Time in Court: | 24 Minutes |

APPEARANCES:

For Plaintiff: Alan G. Carlson, Dennis C. Bremer,
For Defendant: Jonathan D. Jay, Terrance C. Newby

Interpreter / Language: /

Telephone Conference held before Susan Richard Nelson, United States Magistrate Judge, at Minneapolis, Minnesota.

s/ Beverly Riches
Signature of Judicial Assistant