UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Anchor Wall Systems,<br><br>Plaintiff,<br><br>v.<br><br>Concrete Products of New London,<br><br>Defendant, | Civil No. 03-3271 (SRN)<br><br>Civil No. 01-0465 (SRN) |

I hereby certify that on April 8, 2008, I caused the following documents:

1. **Notice of Appearance of Jonathan E Singer; and**
2. **Certificate of Service.**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Dennis C. Bremer
Alan G. Carlson
Carlson Caspers Vandenburgh & Lindquist
225 South Sixth Street, Suite 3200
Minneapolis, MN 55402
dbremer@ccvl.com
acarlson@ccvl.com

Attorneys for Plaintiff

Dated: April 8, 2008

FISH & RICHARDSON P.C.

By: /s/ Jonathan E. Singer
Jonathan E. Singer (#283459))
(singer@fr.com)
FISH & RICHARDSON P.C.
60 South Sixth Street
3300 RBC Plaza
Minneapolis, Minnesota 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Attorneys for Defendant
CONCRETE PRODUCTS OF NEW
LONDON, INC.

60493828.doc