UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Anchor Wall Systems,<br>Plaintiff,<br>v.<br>Concrete Products of New London,<br>Defendant, | Civil No. 03-3271 (SRN)<br>Civil No. 01-0465 (SRN) |

**NOTICE OF APPEARANCE**

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Michael E. Florey shall appear as counsel of record for Defendant Concrete Products of New London in this case.

Dated: April 8, 2008

FISH & RICHARDSON P.C.

By: /s/ Michael E. Florey

Michael E. Florey (#214322))
(florey@fr.com)
FISH & RICHARDSON P.C.
60 South Sixth Street
3300 RBC Plaza
Minneapolis, Minnesota 55402
Telephone: (612) 335-5070
Facsimile: (612) 288-9696

Attorneys for Defendant
CONCRETE PRODUCTS OF NEW
LONDON, INC.

60493875.doc