IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| ANCHOR WALL SYSTEMS, INC.<br>a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br>CONCRETE PRODUCTS OF<br>NEW LONDON, INC.<br>a Minnesota corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 01-465 (SRN) |

**JOINT MOTION FOR ENTRY OF STIPULATED CONSENT JUDGMENT AND ORDER**

The parties, by and through their counsel, hereby stipulate and consent to entry of judgment as provided in Exhibit A hereto.

**ANCHOR WALL SYSTEMS, INC.**

By: s/Dennis C. Bremer
Alan Carlson (#14,801)
Dennis C. Bremer (#0299182)
CARLSON, CASPERS,
VANDENBURGH & LINDQUIST
225 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Phone: (612) 436-9600
Fax: (612) 436-9605

acarlson@ccvl.com
dpbremer@ccvl.com

**CONCRETE PRODUCTS OF NEW LONDON, INC.**

By: s/Jonathan E. Singer
Michael E. Florey (#214322)
Jonathan E. Singer (#283459)
FISH & RICHARDSON P.C.
3300 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
Phone: (612) 335-5070
Fax: (612) 288-9696

florey@fr.com
singer@fr.com