# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| ANCHOR WALL SYSTEMS, INC.<br>a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br>CONCRETE PRODUCTS OF<br>NEW LONDON, INC.<br>a Minnesota corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 01-465 (SRN) |

**STIPULATED CONSENT JUDGMENT AND ORDER**

The parties consent to the entry of judgment as follows:

1. The Court has jurisdiction over the parties and the subject matter.

2. The Defendant ("CPNL") acknowledges that it has made and sold in the United States the LondonStone, Rugged LondonStone, and Decrowall retaining wall blocks shown in the Attachment hereto, and that the making, use, sale, and offer for sale of those blocks infringes one or more of the claims of the patents-in-suit, and that CPNL has not had a license from the Plaintiff ("AWS") to do so.

3. CPNL further acknowledges that the patents-in-suit are valid and enforceable as against the retaining wall blocks shown in the Attachment hereto.

4. Defendants' counterclaims are dismissed with prejudice.

5. No damages are awarded.

6. Each party will bear its own costs and attorney fees.

Respectfully submitted,

Dated: July __, 2008

By ___________________________________

Alan Carlson (#14,801)
Dennis C. Bremer (#0299182)
CARLSON, CASPERS, VANDENBURGH & LINDQUIST
225 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Phone: (612) 436-9600
Fax: (612) 436-9605

Dated: July __, 2008

By ___________________________________

Michael E. Florey (#214322)
Jonathan E. Singer (#283459)
FISH & RICHARDSON P.C.
3300 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
Phone: (612) 335-5070
Fax: (612) 288-9696

# ATTACHMENT TO STIPULATED CONSENT JUDGMENT AND ORDER IN CIVIL ACTION NO. 01-465 (SRN)

## Accused Products – Anchor I

| | | | |
|---|---|---|---|
| **Londonstone Beveled** |   LS V.5 |   LS V.6 |   LS V.7 |
| **Dates Sold** | Spring '99 – 6/30/99 | 7/01/99 – 9/30/01 | 9/01/02 – 6/30/03 |
| **Londonstone Straight Face** |   LS SF V.5 |   LS SF V.6 | |
| **Dates Sold** | Spring '99 – 6/30/99 | 7/01/99 – 8/31/02 | |
| **4" Londonstone** |   4" LS V.1 |   4" LS V.2 |   4" LS V.3 |
| **Dates Sold** | Spring '99 – 6/30/99 | 7/01/99 – 9/30/01 | 10/01/01 – 8/31/02 |
| **Decrowall** |   Decrowall V.2 |   Decrowall V.3 |   Decrowall V.4 |

# Accused Products – Anchor I

| | | | |
|---|---|---|---|
| **Dates Sold** | Spring '99 – 6/30/99 | 7/01/99 – 9/30/01 | 10/01/01 – 8/31/02 |
| **Rugged Londonstone** (Small, Midsize, Large) |   Rugged Large V .1 |   Rugged Midsize V .1 |   Rugged Small V .1 |
| **Dates Sold** | 6/01/01 – 8/31/02 | | |