IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| ANCHOR WALL SYSTEMS, INC.<br>a Minnesota corporation,<br><br>Plaintiff,<br><br>v.<br>CONCRETE PRODUCTS OF<br>NEW LONDON, INC.<br>a Minnesota corporation,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 01-465 (SRN) |

**CERTIFICATE OF SERVICE**

I hereby certify that on **June 15, 2008**, I caused the following document:

1. Joint Motion for Entry of Stipulated Consent Judgment and Order;
2. Exhibit A; and
3. Certificate of Service.

to be filed electronically with Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Michael E. Florey (florey@fr.com)
Jonathan E. Singer (singer@fr.com)
FISH & RICHARDSON, P.C.
3300 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402

I further certify that I caused the proposed Stipulated Consent Judgment and Order to be filed with the court via e-mail to:

Magistrate Judge Susan Richard Nelson at nelson_chambers @mnd.uscourts.gov

and I certify that I caused a copy of the proposed Stipulated Consent Judgment and Order to be e-mailed to the following:

Michael E. Florey (florey@fr.com)
Jonathan E. Singer (singer@fr.com)
FISH & RICHARDSON, P.C.
3300 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402

Dated: June 15, 2008

s/ Dennis C. Bremer
Dennis C. Bremer