IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ANCHOR WALL SYSTEMS, INC. a Minnesota corporation, Plaintiff, | Civil Action No. 01-465 (SRN) |
| v. | |
| CONCRETE PRODUCTS OF NEW LONDON, INC. a Minnesota corporation, Defendant. | |

**STIPULATED CONSENT JUDGMENT AND ORDER**

This matter is before the Court on the parties' Joint Motion For Entry of Judgment [Doc. No. 118].

It is hereby ADJUDICATED AND ORDERED THAT:

1. The Court has jurisdiction over the parties and the subject matter.

2. The Defendant ("CPNL") acknowledges that it has made and sold in the United States the LondonStone, Rugged LondonStone, and Decrowall retaining wall blocks shown in the Attachment hereto, and that the making, use, sale, and offer for sale of those blocks infringes one or more of the claims of the patents-in-suit, and that CPNL has not had a license from the Plaintiff ("AWS") to do so.

3. CPNL further acknowledges that the patents-in-suit are valid and enforceable as against the retaining wall blocks shown in the Attachment hereto.

4. Defendants' counterclaims are dismissed with prejudice.

5. No damages are awarded.

6. Each party will bear its own costs and attorney fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 16, 2008

s/ Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge

# ATTACHMENT TO STIPULATED CONSENT JUDGMENT AND ORDER IN CIVIL ACTION NO. 01-465 (SRN)

# Accused Products – Anchor I

| Dates Sold | Spring '99 – 6/30/99 | 7/01/99 – 9/30/01 | 10/01/01 – 8/31/02 |
|---|---|---|---|
| Rugged Londonstone (Small, Midsize, Large) |  Rugged Large V.1 · Rugged Midsize V.1 · Rugged Small V.1 | | |
| Dates Sold | 6/01/01 – 8/31/02 | | |