# UNITED STATES DISTRICT COURT
## District of Minnesota

Anchor Wall Systems, Inc.

V.

Concrete Products of New London, Inc.

## JUDGMENT IN A CIVIL CASE

Case Number: 01-cv-465 SRN

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Court has jurisdiction over the parties and the subject matter.
2. The Defendant ("CPNL") acknowledges that it has made and sold in the United States the LondonStone, Rugged LondonStone, and Decrowall retaining wall blocks shown in the Attachment hereto, and that the making, use, sale, and offer for sale of those blocks infringes one or more of the claims of the patents-in-suit, and that CPNL has not had a license from the Plaintiff ("AWS") to do so.
3. CPNL further acknowledges that the patents-in-suit are valid and enforceable as against the retaining wall blocks shown in the Attachment hereto.
4. Defendants' counterclaims are dismissed with prejudice.
5. No damages are awarded.
6. Each party will bear its own costs and attorney fees.

July 16, 2008
Date

RICHARD D. SLETTEN, CLERK

s/Katie Thompson
(By) Katie Thompson, Deputy Clerk